UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA_____ DIVISION

*8:07-CV-01778-T-24/MSS*

Anonymous Patrons
Laura Thacker
                    **Plaintiff(s),**

-v-
Hillsborough County Public Library
Cooperative
Hillsborough County Library Board
                    **Defendant(s)**

Case No.

### AFFIDAVIT OF INDIGENCY

**(EACH PLAINTIFF MUST COMPLETE A SEPARATE AFFIDAVIT OF INDIGENCY)**

I, Laura Thacker being first duly sworn, depose and make under oath the following application and affidavit, pursuant to Title 28 USC § 1915, to proceed *in forma pauperis* in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

John and Jane Does v. Thacker et al Doc. 2

I.  BRIEF STATEMENT OF THE NATURE OF THE ACTION: Library cutting services + availability unfairly + unconstitutionally ~~white~~

II.  RESIDENCE
    Affiant's address: 8433 N. ~~Arden~~ Aiden Ave
                        (Street)
    Tampa          FL        33604
    (City)              (State)         (Zip Code)

DC 101 (Rev. 1/97)                                    Page 1

I F P

III. MARITAL STATUS:
   1.  Single ☑     Married ☐     Separated ☐     Divorced ☐
   2.  If married, spouse's full name:  _____

IV. DEPENDENTS:
   1.  Number:  _____3_____
   2.  Relationship to dependent(s):  ____Parent_____
   3.  How much money do you contribute to your dependents' support on a monthly basis?
        $ _all 600⁰⁰_

V.  EMPLOYMENT:  (Information provided below applies to your present employment or last employment).
   1.  Name of employer:  _____HCC_____
        a.  address of employer:  ___P.O. Box 30010_____
                                        (Street)
             ___Tampa    FL_____    33630 .____
             (City)          (State)            (Zip)
        b.  State how long affiant has been (was) employed by present (or last) employer?
             Years: ____5____     Months: _____
        c.  Income:   Monthly $ __800⁰⁰ app__ or   Weekly: $ _____
        d.  What is (was) the affiant's job title?  ____Scribe_____
   2.  If unemployed, date of last employment:  ___—_____
   3.  Is spouse employed?  Yes ☐  No ☑  If so, name of employer:  _____
        _____
        a.  Income:   Monthly $ _____ or   Weekly: $ _____
        b.  What is spouse's job title?  _____
   4.  Are you and/or your spouse receiving welfare aid?  Yes ☐   No ☑
        If so, amount:  Monthly $ _____ or   Weekly $ _____

VI. FINANCIAL STATUS:
   1.  Owner of real property (excluding ordinary household furnishings and clothing):
        a.  Description:  ____Home @ Home address_____

b.  Full address:  _8422 N. Arden Ave_
        (street)
    _Tampa_        _FL_   _33604_ -
    (City)              (State)        (Zip)

c.  In whose name?  _Laura Thacker_

d.  Estimated value:                              $ _75,000 +_

e.  Total amount owed:                            $ _21,000_

    Owed to:  _Americredun_  for      $ _21000_

              _mortgage_     for      $ _____

f.  Annual income from property:                  $ _____

2.  Other assets/property:

    a.  Automobile:  Make _1994_  Model _Jeep Grand Cherokee_
        In whose name registered:  _Laura Thacker_
        Present value of car:                     $ _1000_
        Amount owed:                              $ _____
        Owed to:  _____

    b.  Total cash in banks, savings and loan associations, prisoner accounts, financial
        institutions, other repositories, or anywhere else:  $ _800 00_

    c.  List monies received during the last twelve (12) months into your hands, into banks,
        savings and loan associations, prisoner accounts, other financial institutions, or other
        sources as indicated below:

        Business, profession, or other forms of
        self employment:                          $ _500 00_

        Rent payments, interest, or dividends:    $ _____
        Pensions, annuities, or life insurance payments  $ _____
        Gifts or inheritances:                    $ _____
        Stocks, bonds, or notes:                  $ _____
        Other sources:                            $ _____

3.  Obligations:

    a.  Monthly rental on house or apartment:     $ _H9 00_  ⊠
    b.  Monthly mortgage payments on house:       $ _119.00_

4. Other information pertinent to affiant's financial debts and obligations:

| (Creditor) | (Total debt) | (Monthly payment) |
|---|---|---|
| (Creditor) | (Total debt) | (Monthly payment) |
| (Creditor) | (Total debt) | (Monthly payment) |

Other (explain): _bankruptcy status_
_02-23626-863_

VII.  FOR PRISONER AFFIANTS ONLY:

1.   Date(s) of incarceration: _____

2.   Estimated release or parole date: _____

3.   A copy of the prisoner's account statement containing all transactions in affiant's prisoner account **for the six (6) months immediately preceding the filing of the Complaint or Petition <u>must</u> accompany this Affidavit.** The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the institution. **Failure to provide this account statement may result in the dismissal of this action.**

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the Affidavit Certificate found on page 6 of this Affidavit of Indigency is also properly executed and filed.

VIII.  ALL AFFIANTS MUST READ AND SIGN

I **UNDERSTAND** that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury of making false statements. **FURTHER, I CERTIFY** that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_____
Signature of Affiant

STATE OF FLORIDA

COUNTY OF _____

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS _____ DAY OF _____

_____, 20 _____, BY _____
                         (Insert name of person acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED _____
                                                    (State type of identification)

AS IDENTIFICATION AND WHO (DID   ) (DID NOT    ) TAKE AN OATH.

_____
NOTARY PUBLIC

    MY COMMISSION EXPIRES:

_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT CERTIFICATE
### (Prisoner Accounts Only)

I HEREBY CERTIFY THAT _____, has the sum of $ _____
                        (Name of Affiant)

as of _____ On account to his credit at the _____
        (date)

institution where he is confined. I further certify that the above named prisoner affiant has the

following securities to his credit according to the records of this institution:

_____

_____

_____

_____
Authorized Officer of Institution