UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURA THACKER,

    Plaintiff,

v.    Case No. 8:07-cv-1778-T-24 MSS

HILLSBOROUGH COUNTY PUBLIC
LIBRARY COOPERATIVE, *et al.*,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court on its own. Plaintiff has failed to perfect service on Defendants within 120 days after filing her complaint, as is required by Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff is directed to show cause, on or before March 24, 2008, for failing to perfect service on Defendants within the required time period. Failure to respond will result in dismissal of this action without prejudice without further notice.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of March, 2008.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record