UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURA THACKER, *et al.*

                      Plaintiffs,

-vs-                                          Case No. 8:07-cv-1778-T-24 MSS

HILLSBOROUGH COUNTY PUBLIC
LIBRARY COOPERATIVE, *et al.*

                      Defendants.
_____/

## O R D E R

This cause comes before the Court on its own. On March 17, 2008, the Court directed Plaintiff to show cause by a written response filed on or before March 24, 2008 why this case should not be dismissed for failing to perfect service within 120 days after filing the complaint. (Doc. No. 5.) The Court warned Plaintiff that "[f]ailure to respond will result in dismissal of this action without prejudice without further notice." To date, Plaintiff has not responded to the Court's show cause order. Accordingly, this case is dismissed without prejudice. The Clerk is directed to terminate all pending motions and to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 25th day of March, 2008.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge